UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 6 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

MICHAEL B. FAULKNER, *Petitioner* )
)
v. ) Case Number:
)
WARDEN, FCI FORREST CITY MEDIUM, ) 2:23CV00210-LPR-JTR
)
*Respondent* )

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name:   Michael Blaine Faulkner
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution:   FCI Forrest City Medium
   (b) Address:   P.O. Box 3000
                  Forrest City AR  72336
   (c) Your identification number:   03829-078

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced   U.S. District Court for Northern District of Texas
                                                       1100 Commerce Street, Room 1452, Dallas, TX 75242
       (b) Docket number of criminal case:   3:09-CR-249-D(02)
       (c) Date of sentencing:   May 25, 2012
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ray

Page 1 of 9

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☒ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:    Federal Bureau of Prisons, Texarkana, Texas

   (b) Docket number, case number, or opinion number:    Incident report 3694315
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:    Disciplinary proceeding resulting in a loss of good conduct time otherwise awarded under 18 U.S.C. § 3624(b).

   (d) Date of the decision or action:    December 5, 2022

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy? ☒ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:    Office of Regional Counsel, South Central Regional Office, Federal Bureau of Prisons
      (2) Date of filing:    December 9, 2022
      (3) Docket number, case number, or opinion number:    Appeal 1147678-R1
      (4) Result:    Appeal denied
      (5) Date of result:    February 12, 2023 (delivered to me March 28, 2023)
      (6) Issues raised:    No evidence to support the finding that Petitioner had any ownership or possession of cellphones found in area prohibited to inmates, and thus, holding him responsible for ownership and stripping him of good time violated his right of due process.

   (b) If you answered "No," explain why you did not

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☒ Yes   ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Office of General Counsel, Central Office, Federal Bureau of Prisons

    (2) Date of filing: April 4, 2023

    (3) Docket number, case number, or opinion number: Appeal 1049594-A1

    (4) Result: No response.

    (5) Date of result: NA

    (6) Issues raised: No evidence to support the finding that Petitioner had any ownership or possession of cellphones found in area prohibited to inmates, and thus, holding him responsible for ownership and stripping him of good time violated his right of due process.

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes   ☒ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal: Only two levels of administrative appeal prior to bring the instant *habeas corpus* action.

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes   ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes   ☐ No

    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes   ☒ No

    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    (c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: This filing does not challenge my conviction or sentence.

_____
_____
_____

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes             ☒ No

    If "Yes," provide:

    (a)  Date you were taken into immigration custody: _____
    (b)  Date of the removal or reinstatement order: _____
    (c)  Did you file an appeal with the Board of Immigration Appeals?

         ☐ Yes             ☐ No

         If "Yes," provide:
         (1) Date of filing: _____
         (2) Case number: _____
         (3) Result: _____
         (4) Date of result: _____
         (5) Issues raised: _____

         _____
         _____
         _____
         _____

    (d)  Did you appeal the decision to the United States Court of Appeals?

         ☐ Yes             ☐ No

         If "Yes," provide:
         (1) Name of court: _____
         (2) Date of filing: _____
         (3) Case number: _____
         (4) Result: _____
         (5) Date of result: _____
         (6) Issues raised: _____

         _____
         _____
         _____
         _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes          ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____

    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____

    (d) Docket number, case number, or opinion number: _____

    (e) Result: _____

    (f) Date of result: _____

    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** The DHO rejected an unrebutted admission against interest from another inmate admitting to ownership and possession of the cellphones

    (a) Supporting facts *(Be brief. Do not cite cases or law.)*:
    *See* Memorandum in Support

    (b) Did you present Ground One in all appeals that were available to you?

    ☒ Yes          ☐ No

**GROUND TWO:** <u>The DHO relied on a evidence not in the record to find Petitioner guilty of the infraction</u>

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
<u>*See* Memorandum in Support</u>

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes            ☐ No

**GROUND THREE:** <u>The DHO's conclusion that Petitioner committed the prohibited acts was not based on reliable evidence, thus violating Petitioner's due process rights.</u>

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
<u>See Memorandum in Support.</u>

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Restore all lost good-conduct time, and direct the Federal Bureau of Prisons to expunge the underlying incident report from Petitioner's record.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

Not applicable - being mailed to Court from outside the institution in order to transmit the fee.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Oct. 11, 2023

_____
Signature of Petitioner



Michael Faulkner
Reg. No. 03829-078
FCI Forrest City Medium
PO Box 3000
Forrest City, AR  72336

Office of the Clerk
United States District Court for the
 Eastern District of Arkansas
Richard Sheppard Arnold United States
 Courthouse
500 West Capitol Avenue
Little Rock, Arkansas 72201