# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

MICHAEL BLAINE FAULKNER                                                    PETITIONER
Reg #03829-078

V.                              No. 2:23-CV-210-LPR-JTR

C. GARRETT, Acting Warden,
FCI-Forrest City                                                           RESPONDENT

## ORDER

Petitioner Michael Blaine Faulkner ("Faulkner"), a prisoner currently incarcerated at the Federal Correctional Institute in Forrest City, Arkansas, has filed a *pro se* 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and paid the $5.00 filing fee (*Doc. 1*). The Court will order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to serve a copy of the Petition (*Doc. 1*), Memorandum (*Doc. 2*), and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading to the Petition **within twenty-one (21) days** of service.

3. The Clerk of the Court is directed to update the docket sheet to reflect that Petitioner Faulkner's current custodian, C. Garrett, Warden, FCI-Forrest City, is the proper Respondent in this matter.

DATED this 25th day of October, 2023.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE