IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:   REASSIGNMENT OF REFERRED CASES
         TO MAGISTRATE JUDGE BENECIA B. MOORE

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 02, 2023
Tammy H. Downs, Clerk
By: CrystalNewton D.C.
DEP CLERK

## NOTICE OF REASSIGNMENT

Due to the retirement of Magistrate Judge J. Thomas Ray, the Court has authorized the Clerk's office to reassign pending cases referred to Magistrate Judge J. Thomas Ray to the docket of Magistrate Judge Benecia B. Moore. This case is now referred to Magistrate Judge Benecia B. Moore. The presiding District Judge has not changed.

Dated this 2nd day of November, 2023.

SIGNED AT THE DIRECTION OF THE COURT

*Tammy H. Downs*
TAMMY H. DOWNS
CLERK OF COURT