# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# DELTA DIVISION

MICHAEL BLAINE FAULKNER  PETITIONER
Reg #03829-078

Case No. 2:23-CV-210-LPR-JTR

C. GARRETT, acting warden  RESPONDENT
FCI-Forrest City

## ENTRY OF APPEARANCE

The Koch Law Firm, P.A., by and through Reggie Koch, hereby enters its appearance as attorneys for the Petitioner, Michael Blaine Faulkner, in the above-styled cause. The undersigned counsel respectfully requests that all pleadings, discovery, and orders be served upon him at the address indicated below.

Respectfully submitted,

Koch Law Firm, P.A.
2024 Arkansas Valley Drive, Suite 707
Little Rock, Arkansas 72212
(501) 223-5310 office
(501) 223-5311 facsimile
reggie@reggiekoch.com

By: _____
Reggie Koch, Ark. Bar #2005125