(Post 07/2021) Notice Regarding Magistrate Judge Consent Program

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
Delta Division

| | | |
|---|---|---|
| Michael Blaine Faulkner ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 2:23-cv-00210-LPR-BBM |
| C Garrett ) | | |
| *Defendant* ) | | |

**MAGISTRATE JUDGE CONSENT PROGRAM**
**(MANDATORY RESPONSE REQUIRED)**

Enclosed you will find a form titled Notice, Consent and Reference of a Civil Action to a United States Magistrate Judge. If the parties consent, a Magistrate Judge will conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the United States Court of Appeals if an appeal is filed.

Consent to proceed before a Magistrate Judge is entirely voluntary. There will be no adverse, substantive consequences if you do not consent. Even if you do not consent, under Local Rule 72.1, however, a Magistrate Judge will still handle all non-dispositive pretrial motions in your case until ten days before trial.

**You must return the Consent Form to the Clerk of Court's office within 21 days indicating whether or not you consent.**

TAMMY H. DOWNS, CLERK

Mail Attached Form To: Clerk of Court
United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Room A-149
Little Rock, Arkansas 72201

(Post 09/2015) Notice, Consent and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
Delta Division

| | | |
|---|---|---|
| Michael Blaine Faulkner | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00210-LPR-BBM |
| C Garrett | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION
TO MAGISTRATE JUDGE BENECIA B. MOORE
(MANDATORY RESPONSE REQUIRED)**

*Notice of a Magistrate Judge's availability.* A United States Magistrate Judge of this court is available to conduct all proceedings in this civil action and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

**You must return this form to the Clerk of Court's office within 21 days from date of this notice regardless of whether or not you are consenting to the exercise of jurisdiction by a United States Magistrate Judge.**

☐ Election to have case remain with a United States District Judge.

☐ *Consent to a Magistrate Judge's authority.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____         _____
                               *District Judge's signature*

                              _____
                              *Printed name and title*