# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# DELTA DIVISION

MICHAEL BLAINE FAULKNER                                         PETITIONER
Reg #03829-078

                            Case No. 2:23-CV-210-LPR-JTR

C. GARRETT, acting warden                                        RESPONDENT
FCI-Forrest City

## MOTION FOR SCHEDULING ORDER FOR EVIDENTIARY HEARING AND TIME TO PROPOUND DISCOVERY

      Petitioner, by and through counsel, the Koch Law Firm, P.A., for his motion for an evidentiary hearing and time to propound discovery, states:

      1.     Petitioner originally filed this case *pro se*. Thereafter, Petitioner engaged the services of counsel, and counsel subsequently filed an entry of appearance. Before the 2023 holidays, Respondents filed an Answer.

      2.     During the holiday season, counsel has been investigating this case and trying to interview witnesses. One of the key witnesses in this case (as his name is stated in the pleadings) is Wesley Wilson. Wilson's involvement in the case is key, as Wilson is the person who admitted that the contraband belonged to him alone and that his cellmates (including Petitioner) had no knowledge or involvement.

      3.     Come to find out, Wesley Wilson has now been released from prison and has lawfully changed his name from "Wesley Wilson" to "Sebastian Valence," and now lives in Oklahoma. It was not until recently that counsel was able to make this connection and interview Mr. Wilson/Valence for additional information about the facts of the case and what his testimony would be if called. The

information provided by Wilson/Valence is central to Petitioner's case, and has led to the need to seek more information from the Respondents (in the form of discovery).

4. Based on information recently acquired, Petitioner seeks a scheduling order such that the parties can engage in additional discovery and set this matter for an in-court evidentiary hearing.

WHEREFORE, Petitioner prays that his motion be granted and that the Court issue a scheduling order with a timeframe for discovery and an in-court evidentiary hearing.

    Respectfully submitted,

    Koch Law Firm, P.A.
    2024 Arkansas Valley Drive, Suite 707
    Little Rock, Arkansas 72212
    (501) 223-5310 office
    (501) 223-5311 facsimile
    reggie@reggiekoch.com

By: _____
    Reggie Koch, Ark. Bar #2005125