# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MICHAEL BLAINE FAULKNER**                                                              **PETITIONER**
Reg #03829-078

v.                          Case No: 2:23-cv-00210-LPR

**C. GARRETT,**
*Warden, FCI Forrest City Medium*                                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 28th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE